UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACARIAS MOUSSAOUI,<br><br>                              Plaintiff,<br><br>             -against-<br><br>JOYCE ELLEN ROSENDAHL,<br><br>                              Defendant. | 20-CV-7339 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 23, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in filing fees or submit a completed request to proceed *in forma pauperis* application and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 23, 2020
         New York, New York

                                                         _____
                                                              COLLEEN McMAHON
                                                         Chief United States District Judge